ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:   ariel.stern@akerman.com
Email:   tenesa.scaturro@akerman.com

*Attorneys for plaintiff Nationstar Mortgage LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>COPPER SANDS HOMEOWNERS ASSOCIATION, INC.; 8101 FLAMINGO 1032 TRUST; ALESSI & KOENIG, LLC;<br><br>Defendants. | Case No.:  2:16-cv-01218-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY IN SUPPORT OF MOTION TO PARTIALLY LIFT STAY [FIRST REQUEST]** |

Plaintiff, Nationstar Mortgage LLC and defendants Copper Sands Homeowners Association, Inc. (the **HOA**) and 8101 Flamingo 1032 Trust respectfully submit the following stipulation to allow Nationstar thirty additional days to reply in support of its motion to partially lift stay, ECF No. 24.

Nationstar filed its motion on December 15, 2016.  *Id.*  8101 Flamingo 1032 Trust filed an opposition on January 3, 2017.   ECF No. 25.   The HOA filed an opposition on January 5, 2017.  ECF No. 27.  The HOA's opposition notes defendant Alessi & Koenig, LLC (**Alessi**) filed a bankruptcy petition on December 3, 2016 and this case may be "subject to an automatic stay."  *Id* at 3.  Alessi did not respond to Nationstar's motion.  *See* docket.

Nationstar's reply deadline is January 10, 2017.  *See* L.R. 7-2.  Nationstar, the HOA, and 8101 Flamingo 1032 Trust stipulate to extending Nationstar's reply deadline by thirty days, to February 8, 2017, to allow additional time to seek direction from the trustee in Alessi's bankruptcy

{40405923;1}

1

case. The parties stipulate and respectfully request the Court reserve ruling on Nationstar's motion pending its reply or the expiration of its reply deadline. This is Nationstar's first request for an extension.

This the 9th day of January, 2017.

 /s/ Tenesa S. Scaturro, Esq.
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
**AKERMAN LLP**
Nevada Bar No. 12488
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for plaintiff Nationstar Mortgage LLC*

This the 9th day of January, 2017.

 /s/ Jason Andrew Fowler, Esq.*
GEORGE M. RANALLI, ESQ.
Nevada Bar No. 5748
JASON ANDREW FOWLER, ESQ.
Nevada Bar No. 8071
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052

*Attorneys for defendant Copper Sands Homeowners Association, Inc.*

*\*E-signature affixed by Akerman LLP; approved by counsel via email January 9, 2017.*

This the 9th day of January, 2017.

 /s/ Luis A. Ayon, Esq.
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
MARGARET E. SCHMIDT, ESQ.
Nevada Bar No. 12489
**MAIER GUTIERREZ AYON**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148

*Attorneys for defendant 8101 Flamingo 1032 Trust*

*\*E-signature affixed by Akerman LLP; approved by counsel via email January 9, 2017.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: January 9, 2017.