ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.scaturro@akerman.com

*Attorneys for plaintiff Nationstar Mortgage LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>COPPER SANDS HOMEOWNERS ASSOCIATION, INC.; 8101 FLAMINGO 1032 TRUST; ALESSI & KOENIG, LLC;<br><br>Defendants. | Case No.: 2:16-cv-01218-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY IN SUPPORT OF MOTION TO PARTIALLY LIFT STAY [SECOND REQUEST]** |

    Plaintiff, Nationstar Mortgage LLC, and defendants Copper Sands Homeowners Association, Inc. (the **HOA**) and 8101 Flamingo 1032 Trust respectfully submit the following stipulation to allow Nationstar thirty additional days to reply in support of its motion to partially lift stay, ECF No. 24.

    Nationstar filed its motion on December 15, 2016. *Id.* 8101 Flamingo 1032 Trust filed an opposition on January 3, 2017. ECF No. 25. The HOA filed an opposition on January 5, 2017. ECF No. 27. The HOA's opposition notes defendant Alessi & Koenig, LLC (**Alessi**) filed a bankruptcy petition on December 3, 2016 and this case may be "subject to an automatic stay." *Id* at 3. Alessi did not respond to Nationstar's motion, but its bankruptcy trustee filed a notice of bankruptcy on February 6, 2017. ECF No. 30.

    The parties stipulated to extending Nationstar's reply deadline to February 8, 2017 to allow additional time to seek direction from the trustee in Alessi's bankruptcy case, which the Court

{40687185;1}  1

approved on January 10, 2017.  ECF No. 29.  The parties stipulate to extending Nationstar's reply deadline an additional thirty days to March 10, 2017, to allow additional time to coordinate with the trustee, and respectfully request the Court reserve ruling on Nationstar's motion pending its reply or the expiration of its reply deadline.  This is Nationstar's second request for an extension.

This the 8th day of February, 2017.

 /s/ Tenesa S. Scaturro, Esq.
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
**AKERMAN LLP**
Nevada Bar No. 12488
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for plaintiff Nationstar Mortgage LLC*

This the 8th day of February, 2017.

 /s/ Jason Andrew Fowler, Esq.
GEORGE M. RANALLI, ESQ.
Nevada Bar No. 5748
JASON ANDREW FOWLER, ESQ.
Nevada Bar No. 8071
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052

*Attorneys for defendant Copper Sands Homeowners Association, Inc.*

This the 8th day of February, 2017.

 /s/ Margaret E. Schmidt, Esq.
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
MARGARET E. SCHMIDT, ESQ.
Nevada Bar No. 12489
**MAIER GUTIERREZ AYON**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148

*Attorneys for defendant 8101 Flamingo 1032 Trust*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: February 9, 2017.

{40687185;1}

2