LUIS A. AYON, ESQ.
Nevada Bar No. 9752
**AYON LAW, PLLC**
9205 West Russell Road
Building 3, Suite 240
Las Vegas, Nevada 89148
Telephone:　(702) 600-3200
Facsimile:　(702) 447-7936
*E-Mail:*　laa@ayonlaw.com

*Attorneys for Defendant,*
*8101 Flamingo 1032 Trust*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONWIDE MORTGAGE LLC,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>COOPER SANDS HOMEOWNERS ASSOCIATION, INC; 8101 FLAMINGO 1032 TRUST; ALESSI & KOENIG, LLC;<br><br>　　　　Defendants. | Case No.: 2:16-cv-01218-JAD-GWF<br><br>**MOTION TO SUBSTITUTE ATTORNEYS** |

　　　　Pursuant to FRCP Rule 74(d) and LR IA 11-6(c), Defendant 8101 FLAMINGO 1032 TRUST ("Defendant") hereby moves this court to substitute counsel. Luis A. Ayon, Esq., lead counsel for Defendant, formerly of MAIER GUTIERREZ AYON, PLLC ("MGA Law"), has left MGA Law and has formed AYON LAW, PLLC ("AYON LAW").

　　　　Defendant has chosen to remain with Luis A. Ayon, Esq., and engage AYON LAW for this matter. Defendant has signed a substation of counsel. *See*, Exhibit A. MGA Law has provided AYON LAW the case file and Luis A. Ayon is aware of all the deadlines in this matter.

　　　　This matter is currently stayed by this honorable court [*see* Docket No. 22.], and therefore, discovery and trial deadlines will not be effected by this substitution of counsel. Accordingly,

**AYON LAW, PLLC**
**9205 W. Russell Road,**
**Building 3, Suite 240**
**LAS VEGAS, NEVADA 89148**
**PHONE: (702) 600-3200**

1

Defendant 8101 FLAMINGO 1032 TRUST requests that this Court grant its motion to substitute counsel of record in this matter

DATED this 15th day of May, 2017.

**AYON LAW, PLLC**

  /s/Luis A. Ayon
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
9205 W. Russell Road
Building 3, Suite 240
Las Vegas, Nevada 89148

## **ORDER**

IT IS HEREBY ORDERED that Luis A. Ayon, Esq., of the law firm of AYON LAW, PLLC, shall be substituted in place of the law firm of MAIER GUTIERREZ AYON PLLC.

Dated this __17th__ day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing **MOTION TO SUBSTITUTE ATTORNEYS FOR DEFENDANT 8101 FLAMINGO 1032 TRUST** was made on this 16th day of May, 2017, via the Court's CM/ECF system to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

                                                                */s/ Luis A. Ayon*
                                                             An Employee of Ayon Law, PLLC

# EXHIBIT A

1  LUIS A. AYON, ESQ.
   Nevada Bar No. 9752
2  **AYON LAW, PLLC**
   9205 West Russell Road
3  Building 3, Suite 240
4  Las Vegas, Nevada 89148
   Telephone:   (702) 600-3200
5  Facsimile:   (702) 447-7936
   *E-Mail:*    *laa@ayonlaw.com*
6

7  *Attorneys for Defendant 8101 Flamingo 1032 Trust*

8

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | Case No.: 2:16-cv-01218-JAD-GWF |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF ATTORNEYS** |
| COPPER SANDS HOMEOWNERS ASSOCIATION, INC.; 8101 FLAMINGO 1032 TRUST; ALESSI & KOENING, LLC, | |
| Defendants. | |

LUIS A. AYON, ESQ., of **AYON LAW, PLLC**, is hereby substituted in as the attorneys for Defendant, *8101 FLAMINGO 1032 TRUST*, in the above-entitled action, in the place and stead of MAIER GUTIERREZ & ASSOCIATES.

_____
*8101 FLAMINGO 1032 TRUST*

We hereby accept the above and foregoing substitution as attorneys for Defendant, *8101 FLAMINGO 1032 TRUST*.

DATED this 12 day of May, 2017.

AYON LAW, PLLC

_____
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
9205 W. Russell Road
Building 3, Suite 240
Las Vegas, Nevada 89148

We hereby consent to the above substitution.

DATED this 15 day of May, 2017.

**MAIER GUTIERREZ & ASSOCIATES**

_____
JASON R. MAIER, ESQ.
Nevada Bar No. 8557
8816 Spanish Ridge Ave
Las Vegas, Nevada 89148

AYON LAW, PLLC
9205 W. Russell Road,
Building 3, Suite 240
LAS VEGAS, NEVADA 89148
PHONE: (702) 600-3200