1
2
3
4                  UNITED STATES DISTRICT COURT
5                       DISTRICT OF NEVADA
6                              * * *
7   NATIONSTAR MORTGAGE, LLC.,              Case No. 2:16-cv-01218-JAD-GWF
8                           Plaintiff,
9        v.                                        **ORDER**
    COPPER SANDS HOMEOWNERS
10  ASSOCIATION, *et al.*,
11
                            Defendants.
12

13       This matter is before the Court on Steven Loizzi, Jr. Esq.'s Motion to Withdraw as Counsel

14  for Defendant Alessi & Koenig, LLC ("A&K") (ECF No. 37), filed on June 20, 2018.  To date, no

15  party has filed a response to this motion and the time for opposition has now expired.  Counsel

16  represents that A&K dissolved in April 2016 and no longer has funds to pay for representation.

17  The Court finds that the movant has substantially established good cause for withdrawal.

18  Accordingly,

19       **IT IS HEREBY ORDERED** that Steven Loizzi, Jr. Esq.'s Motion to Withdraw as

20  Counsel for Defendant Alessi & Koenig, LLC (ECF No. 37) is **granted**.

21       **IT IS FURTHER ORDERED** that Alessi & Koenig, LLC must retain new counsel if it

22  intends to litigate this matter.  A corporation or limited liability company may appear in federal

23  court only through licensed counsel.  *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245

24  (9th Cir. 1993).  Defendant Alessi & Koenig, LLC shall have until **August 3, 2018**, to advise the

25  Court if it will retain new local counsel.

26       **IT IS FURTHER ORDERED** that the Clerk of the Court shall:

27  . . .

28  . . .

1.  Add the last known addresses of Defendant Alessi & Koenig LLC to the civil docket:

    **Alessi & Koenig LLC**
    **9500 W. Flamingo Road, Suite 205**
    **Las Vegas, NV 89147**

    **Alessi & Koenig LLC – Debtor**
    **c/o Jeanette McPherson, Esq. and/or Trustee Shelly Krohn, Esq.**
    **Schwartzer McPherson**
    **2850 S. Jones Boulevard, Suite 1**
    **Las Vegas, NV 89146-5308**

2.  Serve Alessi & Koenig, LLC with a copy of this order at its last known addresses listed above.

    Dated this 6th day of July, 2018.

    _____
    GEORGE FOLEY, JR.
    UNITED STATES MAGISTRATE JUDGE