UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC., | Case No. 2:16-cv-01218-JAD-GWF |
| Plaintiff, | |
| v. | **ORDER** |
| COPPER SANDS HOMEOWNERS ASSOCIATION, *et al.*, | |
| Defendants. | |

On August 22, 2018, the Court issued an Order regarding Defendant Alessi & Koenig, LLC's failure to retain new counsel and instructed Defendant to advise the Court if it will retain new counsel no later than September 3, 2018. *See* ECF No. 39. On February 6, 2017, Interested Party Shelley D. Krohn filed a notice of bankruptcy informing the Court that Defendant Alessi & Koenig filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code. *See* ECF No. 30. The Court withdraws its Order (ECF No. 39) because there is no indication in this matter that Defendant's bankruptcy petition has been dismissed without discharge or that the automatic stay has been lifted. Accordingly,

**IT IS HEREBY ORDERED** that the Court's Order (ECF No. 39) is **withdrawn**.

Dated this 22nd day of August, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1